UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 16-144-MWF(PJWx)**                              Dated: **March 3, 2016**

Title:    JJ United Cargo, Inc. -v- Russo Brothers Transport, Inc.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                              None Present

PROCEEDINGS (IN CHAMBERS):     ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

In light of the Default By Clerk entered on March 2, 2016, the Court sets a hearing for Order To Show Cause Re Default Judgment for **April 4, 2016 at 11:30 a.m.** If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

**IT IS SO ORDERED.**

MINUTES FORM 90                                          Initials of Deputy Clerk    cw
CIVIL - GEN

-1-