**JS-6**

UNITED STATES DISTRICT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JJ UNITED CARGO, INC., a California corp., | Case No. CV16-144 MWF (ASx) |
| Plaintiff, | ORDER ON STIPULATION RE DISMISSAL |
| v. | |
| RUSSO BROTHERS TRANSPORT, INC., a California corp., | |
| Defendant. | |

    Based upon the stipulation of the parties hereto, plaintiff JJ United Cargo, Inc. and defendant Russo Brothers Transport, Inc., by and through their attorneys of record, and the facts that a settlement agreement has been reached between such parties for full resolution of the above-referenced case and that that the terms of said agreement have been satisfied,

///

///

///

1   IT IS HEREBY ORDERED that the entire case is dismissed with
2   prejudice, with each party to bear its own costs and attorneys' fees.
3
4   Dated: October 12, 2016            _____
                                        Honorable Michael W. Fitzgerald
5                                       United States District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
ORDER ON STIPULATION RE DISMISSAL